

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-14-2009

# Wanda Bates v. John Kerestes

Precedential or Non-Precedential: Non-Precedential

Docket No. 08-1729

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Wanda Bates v. John Kerestes" (2009). *2009 Decisions.* Paper 1547.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1547

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 08-1729

_____

WANDA L. BATES,

Appellant

v.

MHM CORRECTIONAL SERVICES;
COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS
SCI-FRACKVILLE; DAVID MONT; ROBERT D. SHANNON;
JOHN W. KERESTES,

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 05-cv-02285)

District Judge: Honorable James M. Munley

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on January 8, 2009

Before: FUENTES, FISHER and ALDISERT, Circuit Judges
(Filed: April 14, 2009)

_____

JUDGMENT ORDER

_____

After consideration of all contentions raised by the Appellant, it is ADJUDGED

AND ORDERED that for the reasons set forth in the February 11, 2008, opinion of the

Honorable James M. Munley, District Judge, the judgment of the District Court be, and is,

hereby AFFIRMED. Costs are taxed against the Appellant.


BY THE COURT:


/s/Ruggero J. Aldisert
Circuit Judge


ATTEST:

/s/Marcia M. Waldron,
Clerk

Dated: April 14, 2009